**F I L E D**

~~PROPOSED~~ ORDER/COVER SHEET

JAN 13 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TO:** Honorable Maria Elena James
U.S. Magistrate Judge

**RE:** Siu, Alvin

**FROM:** Richard Wieking, Acting Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 08-0461 PJH

**DATE:** January 7, 2009

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. PRETRIAL SERVICES OFFICER

415-436-7508
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER

DATE 1-13-08

Cover Sheet (12/03/02)